**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS VAN ZANDT,

        Plaintiff,

  v.

SELECT PORTFOLIO SERVICING, INC., et al.,

        Defendants.

_____/

No. C-15-0430 MMC

**ORDER RE: CHAMBERS COPIES**

On February 10, 2015, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the parties are hereby

DIRECTED to submit in single-sided format all chambers copies of documents filed in the

future. See Civil L.R. 3-4 (setting forth the requirements for "papers presented for filing");

Civil L.R. 3-4(c)(2) (providing "text must appear on one side only").

**IT IS SO ORDERED.**

Dated:  February 12, 2015

MAXINE M. CHESNEY
United States District Judge